IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | | |
|---|---|---|
| RICHARD ABUTIATE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 4:08-cv-00274-JFG-JEO |
| | ) | |
| UNITED STATES ATTORNEY GENERAL, et al., | ) | |
| | ) | |
| | ) | |
| Respondents. | ) | |

## MEMORANDUM OPINION

The petitioner, Richard Abutiate, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. He seeks release pending his repatriation to Liberia.

On April 23, 2008, the respondents filed a motion to dismiss this action as moot premised upon the petitioner being released on an Order of Supervision from the custody of Immigration and Customs Enforcement with monthly reporting requirements and bi-weekly telephonic reporting pending removal from the United States. Therefore, the respondents assert that there is no longer a case or controversy between the parties. The court agrees with the respondents. Accordingly, this action is due to be dismissed without prejudice. An appropriate order will be entered.

**DONE and ORDERED 28 April 2008.**

_____
**UNITED STATES DISTRICT JUDGE
J. FOY GUIN, JR.**